# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PERRY N. GUMBS**

    vs.                      **CASE NUMBER: 8:08-cv-580 (NAM/DRH)**

**UNITED STATES ATTORNEY GENERAL,
UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, and UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That plaintiff's Motion for Preliminary Injunction and a Temporary Restraining Order is denied and the Petition is hereby dismissed insofar as it addressed the removal order; each without prejudice to proceeding in the appropriate court of appeals.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 11th day of February, 2009.

DATED: February 11, 2009

                                               Lawrence K. Baerman
                                               Clerk of Court

                                               s/
                                               Melissa Ennis
                                               Deputy Clerk